THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Frankie Lee 
 Bryant, III, Appellant.
 
 
 

Appeal From Bamberg County
 Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No. 2008-UP-574
 Submitted October 1, 2008  Filed October
14, 2008

APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, South Carolina Commission of
 Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, of Columbia; and Solicitor Barbara R. Morgan,
 of Aiken, for Respondent.
 
 
 

PER CURIAM: Frankie Bryant appeals his conviction and sentence for
 voluntary manslaughter, arguing the trial court erred by giving the jury
 contradictory charges on the amount of force a defendant may employ while
 acting in self-defense.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Bryants appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
HEARN, C.J., and GEATHERS, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.